IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BREANNA POST, on her own behalf and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>NYSONIAN, INC., AND NYSONIANSOLUTIONS, INC., D/B/A NOBL TRAVEL,<br><br>             Defendants. | Civil Action No. 2:26-cv-00941<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Having considered the Stipulated Motion for Extension of Time for Defendants to Respond to Complaint, Dkt. # 5, and all pleadings and files herein, the Motion is GRANTED.

IT IS HEREBY ORDERED the time for Defendants to respond to Plaintiff's Complaint is extended up to and through April 22, 2026.

DATED this 20th day of March 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER - 1