UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BREANNA POST, on her own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

NYSONIAN, INC. and NYSONIANSOLUTIONS, INC., d/b/a NOBL TRAVEL,

Defendants.

NO. 2:26-cv-00941-JHC

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)

Note for Motion Calendar:
June 24, 2026

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code §§ 19.190.020, .040. Defendants Nysonian, Inc. and Nysoniansolutions, Inc.'s Motion to Dismiss (Dkt. 20) argues that CEMA is preempted pursuant to the Supremacy Clause and the federal CAN-SPAM Act and violates Article II, Section 37 of the Washington State

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 1
(2:26-cv-00941-JHC)

Constitution. On May 26, 2026, Defendants filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 21.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by July 27, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 24, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 2
(2:26-cv-00941-JHC)

Dated: June 24, 2026

STRAUSS BORRELLI PLLC

*s/ Samuel J. Strauss (with permission)*

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice* forthcoming
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
LESLIE D. WINE, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com
lwine@cohenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC

*s/ Michael C. Tackeff (with permission)*

GERARD J. STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 3
(2:26-cv-00941-JHC)

Dated: June 24, 2026

SEED INTELLECTUAL PROPERTY LAW GROUP LLP

*s/ Robin L. Gentry (with permission)*
MARC C. LEVY, WSBA #19203
KEVIN S. COSTANZA, WSBA #25153
701 Fifth Avenue, Suite 5400
Seattle, WA  98104
Tel.: 206-622-4900
MarcL@seedip.com
KevinCo@seedip.com

FOUNDERS LEGAL

KENNINGTON R. GROFF, *pro hac vice*
ROBIN L. GENTRY, *pro hac vice*
2870 Peachtree Rd. #512
Atlanta, GA  30305
Tel 404.537.3686
kgroff@founderslegal.com
rgentry@founderslegal.com

*Attorneys for Defendants*
*Nysonian, Inc., and Nysoniansolutions, Inc. D/B/A*
*Nobl Travel*

*I certify that this memorandum contains 215 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 4
(2:26-cv-00941-JHC)

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th day of June, 2026.

_____
JOHN H. CHUN
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 5
(2:26-cv-00941-JHC)